IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  BANKRUPTCY NO. 02-30502

HAWKINS, DONALD E., JR.
HAWKINS, MELISSA L,

    Debtors.
_____/

## TRANSMITTAL OF UNCLAIMED FUNDS

Robert W. Trumble, Chapter 7 Trustee, reports the following:

1. Payment of the final distribution under 11 U.S.C. 1302 was made in this case on August 18, 2009. The below mentioned payments were returned marked undeliverable as addressed. Your Trustee has voided said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 12 | $1,042.02 | First Consumer National Bank (FCNB Preferred, Speigel, et al) Post office Box 5280 Portland, OR 97208 |
| 12I | $267.85 | First Consumer National Bank (FCNB Preferred, Speigel, et al) Post office Box 5280 Portland, OR 97208 |

2. Your Trustee's check for the amount of $1,309.87, payable to the Clerk of the Court, is attached to this report and list.

Respectfully submitted this 10th day of September, 2009.

    /s/ Robert W. Trumble
    Robert W. Trumble, Trustee
    275 Aikens Center
    Post Office Box 2509
    Martinsburg, WV 25402-2509
    (304) 264-4621